UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| Omar Balderas, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 4:11-cv-00293-WTM-GRS |
| Stellar Recovery, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: December 30, 2011

                                                Respectfully submitted,

                                                /s/  Cara Hergenroether, Esq.
                                              Attorney Bar No.: 570753
                                              Attorney for Plaintiff Judy Drohn
                                              LEMBERG & ASSOCIATES L.L.C.
                                              1400 Veterans Memorial Highway
                                              Suite 134, #150
                                              Mableton, GA 30126
                                              Telephone: (855) 301-2100 ext. 5516
                                              Facsimile:   (888) 953-6237
                                              Email: chergenroether@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, a true and correct copy of the foregoing was filed with the Clerk of Court via CM/ECF System (ECF) and that the document is available on the ECF system.

By /s/ Cara Hergenroether
Counsel for Plaintiff Omar Balderas