IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

OMAR BALDERAS,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        CASE NO. CV411-293
                                        )
STELLAR RECOVERY, INC. and JOHN )
DOES 1-10,                              )
                                        )
        Defendants.                     )
                                        )

                    O R D E R

        Before the Court is Plaintiff's Notice of Voluntary

Dismissal Without Prejudice.    (Doc. 6.)    Pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff

may dismiss an action by filing "a notice of dismissal

before the opposing party serves either an answer or a

motion for summary judgment."    Because Defendants have not

filed an answer in this case, Plaintiff's motion is **GRANTED**

and this action is **DISMISSED WITH PREJUDICE**.    The Clerk of

Court is **DIRECTED** to close this case.

        SO ORDERED this _13th_ day of February 2012.


                        _____
                        WILLIAM T. MOORE, JR.
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA